**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Paul OROZCO, Defendant—Appellant.**

No. 04–10572.

United States Court of Appeals, Ninth Circuit.

Submitted Aug. 21, 2006.*

Filed Aug. 25, 2006.

Ronald C. Rachow, Esq., USRE--Office of the U.S. Attorney, Reno, NV, for Plaintiff–Appellee.

Scott W. Edwards, Esq., Reno, NV, for Defendant–Appellant.

Before: GOODWIN, REINHARDT, and BEA, Circuit Judges.

MEMORANDUM **

Paul Orozco appeals from the 120–month sentence imposed after his guilty-plea conviction for possession of methamphetamine with intent to distribute, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B)(viii). We have jurisdiction pursuant to 28 U.S.C. § 1291 and affirm.

Orozco's contention that the district court erred in imposing the statutory mandatory minimum sentence based upon the existence of a prior drug-trafficking conviction has no merit. The fact of a prior conviction does not need to be admitted by the defendant or proven to a jury beyond a reasonable doubt for purposes of sentencing. *See United States v. Booker,* 543 U.S. 220, 244, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005); *United States v. Weiland,* 420 F.3d 1062, 1079 n. 16 (9th Cir.2005) (noting the continuing vitality of *Almendarez–Torres v. United States,* 523 U.S. 224, 247, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998)).

**AFFIRMED.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.

